UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

KENNETH L. BAUER                    )
2225 Glen Heather Drive             )
Falls Church, VA 22043              )
                                    )
EARL P. BROWN                       )
6421 Greenleaf Street               )
Springfield, VA 22150               )
                                    )
ROBERT E. BURKHOLDER                )        Civil Action No. _____
9390 Worman Drive                   )
King George, VA 22485               )        JURY DEMAND
                                    )
ERIC A. CROOM                       )
14505 Colonels Choice Road          )
Upper Marlboro, MD 20772            )
                                    )
ARTHUR W. FLASHER                   )
9556 Sunnyslope Drive               )
Manassas, VA 20112                  )
                                    )
JEFFREY D. JOHNSON                  )
7333 Sheraton Drive                 )
Manassas, VA  20112                 )
                                    )
MICHAEL S. KEIM                     )
1340 Moore Place S.W.               )
Leesburg, VA  20175                 )
                                    )
PAUL E. LUDWIG                      )
600 5th Street, N.W.                )
Washington, DC 20001                )
                                    )
ANTHONY MONTGOMERY                  )
1925 Kearney Street, N.E.           )
Washington, DC 20018                )
                                    )
GREGORY B. NOVOTNY                  )
11 Royal Oak Drive                  )
New Market, MD 21774                )

MICHAEL J. PECORARO                )
18001 Muncaster Road               )
Dearwood, MD 20855                 )
                                   )
WILLIAM R. POTTS                   )
16110 Amethyst Lane                )
Bowie, MD 20716                    )
                                   )
LIA SPENCER-PATTERSON              )
10205 Warfield Street              )
White Plains, MD 20695             )
                                   )
RICHARD WOZNIAK                    )
10613 Santa Anita Terrace          )
Damascus, MD 20872                 )
                                   )
                    Plaintiffs,    )
                                   )
        v.                         )
                                   )
Washington Metropolitan Area Transit )
Authority                          )
                                   )
                    Defendant.     )
                                   )

## COMPLAINT

1.      The plaintiffs are employees or former employees of the defendant
Washington Metropolitan Area Transit Authority ("WMATA") employed as police
officers. Plaintiffs bring this action for backpay and other relief, pursuant to 29 U.S.C.
Section 216(b) of the Fair Labor Standards Act against the defendant because of
defendant's unlawful deprivation of plaintiffs' rights to overtime compensation.  Plaintiffs
seek a declaratory judgment under 28 U.S.C. Section 2201, and compensation,
damages, equitable and other relief available under the FLSA, as amended, 29 U.S.C.
§201 et seq.

2

## JURISDICTION AND VENUE

2.    Jurisdiction is conferred on this Court by 29 U.S.C. §216(b), 28 U.S.C. § 1331, and 28 U.S.C. §1337. Venue lies within this district pursuant to 28 U.S.C. §1391.

3.    Plaintiff Kenneth L. Bauer is a resident of Ashburn, Virginia and is currently employed by defendant WMATA as a canine handler. The other plaintiffs in this action are also employees of the defendant employed as canine handlers and they have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. Section 216(b). Such written consents are appended hereto in the Appendix.

4.    Each of the plaintiffs in this action is an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

5.    The defendant Washington Metropolitan Area Transit Authority is an interstate compact agency and, by the terms of its enabling legislation, is an agency and instrumentality of the District of Columbia, State of Maryland, and Commonwealth of Virginia. This agency was created by the aforenoted states and the District of Columbia to plan, finance, construct and operate a comprehensive mass transit system for the Washington Metropolitan Area. At all times material herein, WMATA has been an "employer" within the meaning of the FLSA, 29 U.S.C. §203(d) and (x).

6.    Alternatively, at all times material to this action, defendant WMATA has been an employer and enterprise engaged in commerce as defined by 29 U.S.C. § 203(r)(1), and its annual dollar business volume has exceeded $500,000.

FACTS

7.      At all times material herein, plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. § 201 et seq.

8.      At all times material herein, plaintiffs have worked in excess of the hourly levels specified in the FLSA, 29 U.S.C. § 207. As a result, at all times material herein, plaintiffs have been entitled to overtime compensation at a rate of not less than one and one-half times their regular rate of pay for the hours of overtime they have worked.

9.      29 U.S.C. § 207(a)(1) provides that employees shall be paid overtime compensation at a rate of not less than one and one-half times their regular rate of pay for hours worked in excess of 40 hours per work week. Since plaintiffs began their employment with defendant, defendant has violated, and is continuing to violate, 29 U.S.C. § 207(a)(1) by failing and refusing to compensate plaintiffs for all of their hours of work in excess of 40 hours per work week at a rate of not less than one and one-half times the regular rate at which the plaintiffs are employed. Specifically, WMATA has deprived the plaintiffs of overtime compensation by failing to pay them for work hours spent caring for, feeding, maintaining, housing, exercising, grooming and transporting dogs in the course of their work. At all times material herein, each of the plaintiffs has been required to perform these duties on a daily basis on behalf of their employer without compensation.

CLAIMS

10.    The allegations of Paragraphs 1 through 9 of this Complaint are hereby incorporated by reference, and re-alleged and made a part hereof as if each allegation was fully set forth.

11.    During the time plaintiffs have performed the duties of caring for, feeding, maintaining, housing, exercising, grooming and transporting dogs, defendant WMATA has failed and refused to provide plaintiffs with the rights and protections provided under the (FLSA), including overtime at a rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked in excess of the hourly standards set forth in 29 U.S.C. §207.

12.    By failing and refusing to pay the plaintiffs the overtime pay required under law, the defendant has violated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

13.    As a result of the defendant's willful and purposeful violations of the FLSA, there has become due and owing to each of the plaintiffs various amounts which have not yet been precisely determined. The employment and work records for each are in the exclusive possession, custody and control of defendant and the plaintiffs are unable to state at this time the exact amounts owing to each of them. Defendant WMATA is under a duty imposed by 29 U.S.C. § 211(c) and the regulations of the U.S. Department of Labor to maintain and preserve plaintiffs' payroll and other employment records from which the amounts of the defendant's liability can be ascertained.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiffs pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of their rights,

protections and entitlements under law, as alleged herein;

(b)  Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c)  Award each plaintiff monetary damages in the form of back pay compensation, liquidated damages equal to their unpaid compensation, plus interest;

(d)  Award plaintiffs their reasonable attorneys' fees to be paid by the defendant, and the costs and disbursements of this action; and

(e)  Grant such other relief as may be just and proper.

Respectfully submitted,

April 12, 2006

Gregory K. McGillivary
D.C. Bar No. 411029
Molly A. Elkin
D.C. Bar No. 450295
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400
Washington, D.C.  20005
(202) 833-8855

6

# APPENDIX

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

Print clearly, or type the following information:

NAME _BAUER_ _KENNETH_ _L_ SS# _418 90 5290_
      Last Name,      First      Middle

HOME ADDRESS: _2225 GLEN HEATHER DR_
_FALLS CHURCH VA 22043_
     City      State      Zip Code

PHONE (home) _(703) 237 7251_ (work) _(202) 635 5898_
    (cell) _703 629 6301_

WORK ADDRESS: _600 5th ST NW_
_WASHINGTON DC 20001_
     City      State      Zip Code

Indicate job title and pay grade for each year:

2003 _PO2_        2005 _PO3_
2004 _PO3_        2006 _PO3_

SIGNATURE _Kenneth L Bauer_ DATE _03-16-06_

**CONSENT TO BECOME PLAINTIFF**
**AND**
**RETAINER AGREEMENT**

Print clearly, or type the following information.

NAME _Brown      Earl      Patrick_      SS# _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_
        Last Name,          First        Middle

HOME ADDRESS: _6421 Greenleaf Street_

_Springfield    VA    22150_
        City              State        Zip Code

PHONE (home)(_703_)_719 6197_ (work)(_202_)_962·2696_
(cell)_202·420-9966_

WORK ADDRESS: _600 5th St NW_

_Washington DC   20001_
        City          State        Zip Code

Indicate job title and pay grade for each year:

2003 _PO III Step 9 or 10_  2005 _PO III Step 9 or 10_

2004 _PO III Step 9 or 10_  2006 _____

SIGNATURE _____    DATE _3·15·06_

# CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

<u>Print</u> clearly, or type the following information:

NAME  _BURKHOLDER   ROBERT  EDWARD_ SS# _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_
          Last Name,        First       Middle

HOME ADDRESS: _9890  WORMON DR._

               _KING GEORGE   VA._      _22485_
                 City          State        Zip Code

PHONE (home) _(540) 775-3653_ (work) _(202) 962-2696_
        (cell) _703-795-2159_

WORK ADDRESS: _600 5TH ST. N.W._

               _WASHINGTON   DC_      _20001_
                 City          State        Zip Code

Indicate job title and pay grade for each year:

2003 _K.9 PO3   STEP 7_      2005 _K.9  PO3  STEP 8_

2004 _K.9 PO3   STEP 7_      2006 _N/A_

SIGNATURE _[signature]_      DATE _3-28-2006_

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

Print clearly, or type the following information:

NAME _CROOM_  _ERIC_  _ALLAN_  SS# _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_
      Last Name,      First      Middle

HOME ADDRESS: _14505 COLONELS CHOICE RD_

              _UPPER MARLBORO, MD    20772_
              City        State      Zip Code

PHONE (home) _(301) 627-0277_  (work) _(202) 528-9040_
    (cell) _301-524-9953_

WORK ADDRESS: _600 5TH ST NW 2_

          _WASHINGTON, DC    20001_
          City       State      Zip Code

Indicate job title and pay grade for each year:

2003 _K-9 / PO3_        2005 _K-9 / BOMB TECH / PO3_

2004 _K-9 / PO3_        2006 _K-9 / BOMB TECH / PO3_

SIGNATURE _[signature]_        DATE _3-21-05_

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

Print clearly, or type the following information:

NAME _FLASHER_    _ARTHUR_   _W._ SS# _179 48 3930_
      Last Name,     First     Middle

HOME ADDRESS: _9556  SUNNYSlope   DRIVE_

_MANASSAS    VA    20112_
     City       State       Zip Code

PHONE (home) _(703) 330 7906_  (work) _(202) 636-7117_
(cell) _202 345 0822_

WORK ADDRESS: _600 5TH ST N.W._

_WAsHington   DC    20001_
     City       State       Zip Code

Indicate job title and pay grade for each year:

2003 _Po III_  _P-10_    2005 _Po III_   _P-10_

2004 _Po III_  _P-10_    2006 _Po III_   _P-10_

SIGNATURE _[signature]_ DATE _3-15- 2006_

5/27/2006 3:57 PM FROM: FAX   TO:   1 210 647-7806   PAGE: 002 OF 003

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

Print clearly, or type the following information:

NAME  Johnson   Jeffrey Brian  SS# 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
      Last Name,    First    Middle

HOME ADDRESS: 7333 Sheraton Dr

Manassas  Va  20112
  City        State     Zip Code

PHONE (home) (703)791-2143   (work) (202)636-7110
  (cell)

WORK ADDRESS: 600  5th  St  N.W.

Washington D.C  20001
  City        State     Zip Code

Indicate job title and pay grade for each year:

2003  PO3  K-9      2005  PO3  K-9
2004  PO3  K-9      2006  PO3  K-9

SIGNATURE _____   DATE 03-22-06

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

Print clearly, or type the following information:

NAME _KEIM     MICHAEL     SCOTT_ SS# _224·35·4475_
       Last Name,       First       Middle

HOME ADDRESS: _1340 MOORE PL. SW._

    _LEESBURG     VA     20175_
       City       State       Zip Code

PHONE (home) _(703) 669-9194_ (work) _(202) 960-212_
  (cell) _(202) 345·0835_

WORK ADDRESS: _600 5TH ST. NW._

    _WASHINGTON     DC     20001_
       City       State       Zip Code

Indicate job title and pay grade for each year:

2003 _PO. III     P-10 P-9_    2005 _PO. III     P-10 P-9_

2004 _PO. III     P-10 P-9_    2006 _PO. III     P-10 P-9_

SIGNATURE _Michael S Keim_    DATE _03-15-06_

**CONSENT TO BECOME PLAINTIFF**
**AND**
**RETAINER AGREEMENT**

<u>Print</u> clearly, or type the following information:

NAME  _LUDWIG,     PAUL    F_   SS# _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_
       Last Name,     First     Middle

HOME ADDRESS: _____

           City       State     Zip Code

PHONE (home) (___) _____ (work) (___) _____
    (cell) _____

WORK ADDRESS: _600  5th ST. N.W._
_WASHINGTON DC    20001_
           City       State     Zip Code

Indicate job title and pay grade for each year:

2003 _PO III  P-9_    2005 _PO III  P 10_
2004 _PO III  P-9_    2006 _PO III  P 10_

SIGNATURE _Paul F. Ludwig_  DATE _3-15-2006_

# CONSENT TO BECOME PLAINTIFF
# AND
# RETAINER AGREEMENT

<u>Print</u> clearly, or type the following information:

NAME  MONTGOMERY   ANTHONY        SS# 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
      Last Name,       First       Middle

HOME ADDRESS: 1925 KEARNEY ST. N.E.

          WASHINGTON   D.C   20018
          City          State      Zip Code

PHONE (home) (202) 413 1216      (work) (202) 413 1216
      (cell) (202) 585 9040

WORK ADDRESS: 600 5TH STREET N.W.

          WASHINGTON   D.C   20001
          City          State      Zip Code

Indicate job title and pay grade for each year:

2003  CANINE   P3          2005  CANINE   P3

2004  CANINE   P3          2006  CANINE   P3

SIGNATURE  Anthony M Montgomery     DATE 3/20/2006

3/17/2006 9:37 PM FROM: Fax   TO:   1 210 647-7806   PAGE: 002 OF 003

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

Print clearly, or type the following information:

NAME _Novotny Gregory B_ SS# _192589746_
       Last Name,        First      Middle

HOME ADDRESS: _11 Regal Oak Dr_
              _New Market MD   21774_
                City        State      Zip Code

PHONE (home) _301 865-1833_ (work) _202 962-2121_
(cell) _202 345 0849_

WORK ADDRESS: _METRO TRANSIT POLICE 600 5TH ST NW_
              _WASHINGTON DC   20001_
                City        State      Zip Code

Indicate job title and pay grade for each year:

2003 _PO3_ _Academy Instructor_    2005 _PO3_ _Academy Instructor_

2004 _PO3_ _Academy Instructor_    2006 _PO3_ _K9_

SIGNATURE _____    DATE _3-21-06_

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

Print clearly, or type the following information:

NAME _PECORARO, MICHAEL JOHN_ SS# _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_
     Last Name,     First     Middle

HOME ADDRESS: _18001 MUNCASTER RD._

_DERWOOD,_   _MD._   _20855_
    City     State     Zip Code

PHONE (home) _(240) 632-0078_ (work) _(202) 962-2121_
    (cell) _202 345·0867_

WORK ADDRESS: _600 5TH ST._

_N.W. WASHINGTON, DC. 20001_
    City     State     Zip Code

Indicate job title and pay grade for each year:

2003 _PG III    STEP 9_    2005 _PO III    STEP 9_

2004 _PO III    STEP 9_    2006 _PO III    STEP 9_

SIGNATURE _____    DATE _03-15-2006_

**CONSENT TO BECOME PLAINTIFF
AND
RETAINER AGREEMENT**

<u>Print</u> clearly, or type the following information:

NAME _Potts_  _Williams_  _Ray_  SS# _267 318164_
     Last Name,      First      Middle

HOME ADDRESS: _16110  Amethyst  Ln._
     _Bowie_  _Md._  _20716_
     City      State      Zip Code

PHONE (home) _(301) 3909673_ (work) _(202) 9622121_
     (cell) _22 3450866_

WORK ADDRESS: _600  5th  St.  NW_
     _Washington_  _D.C._  _20001_
     City      State      Zip Code

Indicate job title and pay grade for each year:

2003 _PoTII   09P10_     2005 _PoTII   09P10_

2004 _PoTII   09P10_     2006 _PoTII   09P10_

SIGNATURE _William R Potts_     DATE _3-15-06_

**CONSENT TO BECOME PLAINTIFF**
**AND**
**RETAINER AGREEMENT**

<u>Print</u> clearly, or type the following information:

NAME _Spencer-Patterson_ SS# _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_
      Last Name,    First     Middle

HOME ADDRESS: _10205 Warfield St_
_White Plains, MD 20695_
     City      State     Zip Code

PHONE (home) _(301) 632-2823_ (work) _(202) 962-2696_
    (cell) _(202) 439 7123_

WORK ADDRESS: _600 5TH STREET, NW_
_WASHINGTON DC 20001_
     City      State     Zip Code

Indicate job title and pay grade for each year:

2003 _PO-1_          2005 _____

2004 _PO-1_          2006 _PO-2_

SIGNATURE _[signature]_ DATE _03/15/06_

## CONSENT TO BECOME PLAINTIFF
## AND
## RETAINER AGREEMENT

<u>Print</u> clearly, or type the following information:

NAME  _WOZNIAK  RICHARD_ SS# _260156761_
　　　Last Name,　　　　First　　　　Middle

HOME ADDRESS: _10613  SANTA  ANITA  TER_
_DAMASCUS  MD  20872_
　　　City　　　　　　State　　　　Zip Code

PHONE (home) _301) 253-6506_ (work) _202) 528-9041 (CELL)_
(cell) _S/A_

WORK ADDRESS: _600  5th  St  NW_
_WASHINGTON D  20001_
　　　City　　　　State　　　　Zip Code

Indicate job title and pay grade for each year:

2003 _PD III  STEP 10_ 　 2005 _12_ 　 _14_

2004 _____ 　 2006 _11_ 　 _11_

SIGNATURE _(signature)_ 　 DATE _03-15.06_