AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kenneth L. Bauer, Earl P. Brown, Robert E. Burkholder, Eric A. Croom, Arthur W. Flasher, Jeffrey D. Johnson, Michael S. Keim, Paul E. Ludwig, Anthony Montgomery, Gregory B. Novotny, Michael J. Pecoraro, Lia Spencer-Patterson, William R. Potts, Richard Wozniak

Plaintiffs,

V.

Washington Metropolitan Area Transit Authority

Defendant

**SUMMONS IN A CIVIL CASE**

CASE

CASE NUMBER 1:06CV00666

JUDGE: Gladys Kessler

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 04/12/2006

TO: (Name and address of Defendant)

Washington Metropolitan Area Transit Authority
650 5th Street, N.W., Suite 2D
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     APR 12 2006
CLERK                                          DATE

_Maureen Heggins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  4-12-06   4:20 pm |
| NAME OF SERVER (PRINT)   Andre W. Keith | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ Place of Employment with a person of suitable age and authorized to accept ~~discretion then residing therein~~. service of process

    Name of person with whom the summons and complaint were left: Susan M. Serrian, Office Manager, Office of the General Counsel

    G  Returned unexecuted: _____

    G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-12-06
              Date

*Signature of Server*

LEGAL SUPPORT SERVICES, INC.
1115 Massachusetts Ave., NW
Washington, DC 20005

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.