UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH L. BAUER ) | |
| ) | |
| EARL P. BROWN ) | |
| ) | |
| ROBERT E. BURKHOLDER ) | Case No. 1:06cv00666-GK |
| ) | |
| ERIC A. CROOM ) | |
| ) | |
| ARTHUR W. FLASHER ) | |
| ) | |
| JEFFREY D. JOHNSON ) | |
| ) | |
| MICHAEL S. KEIM ) | |
| ) | |
| PAUL E. LUDWIG ) | |
| ) | |
| ANTHONY MONTGOMERY ) | |
| ) | |
| GREGORY B. NOVOTNY ) | |
| ) | |
| MICHAEL J. PECORARO ) | |
| ) | |
| WILLIAM R. POTTS ) | |
| ) | |
| LIA SPENCER-PATTERSON ) | |
| ) | |
| RICHARD WOZNIAK ) | |
| ) | |
|       Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Washington Metropolitan Area Transit ) | |
| Authority ) | |
| ) | |
|       Defendant. ) | |
| _____) | |

Plaintiffs' Notice of Dismissal

2

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs hereby dismiss their complaint.

Respectfully submitted,

May 15, 2006

s/ Molly Elkin
Gregory K. McGillivary
D.C. Bar No. 411029
Molly A. Elkin
D.C. Bar No. 450295
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing Plaintiff's Notice of Dismissal was served electronically on Monday, May 15, 2006:

Gerard J. Steif
Associate General Counsel
600 Fifth Street N.W.
Washington, D.C. 20001
(202) 962-1463

s/ Molly Elkin
Molly Elkin

3